**Electronically Filed
Supreme Court
SCWC-15-0000592
20-MAY-2019
03:16 PM**

SCWC-15-0000592

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

RC,
Petitioner/Plaintiff-Appellant,

vs.

MC,
Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000592; FC-D NO. 13-1-1041)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Plaintiff-Appellant RC's application for

writ of certiorari filed on March 25, 2019, is hereby rejected.

DATED: Honolulu, Hawaiʻi, May 20, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

